## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

---

## NOT DESIGNATED FOR PUBLICATION

---

Alex J. Washington
Attorney At Law
401 Edwards Street #1111
Shreveport, LA 71101


**REHEARING ACTION: April 20, 2011**


**Docket Number: 10   00900-KA**

**STATE OF LOUISIANA**
**VERSUS**
**KENDRICK M. WILLIAMS**

**Appealed from Natchitoches Parish Case No. C 14104**


**BEFORE JUDGES**:

    **Hon. John D. Saunders**
    **Hon. Oswald A. Decuir**
    **Hon. Jimmie C. Peters**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kendrick M. Williams** has this day been

    **DENIED.**


cc: Van Hardin Kyzar, Counsel for the Appellee
    Robert Stuart Wright, Counsel for the Appellee